# Court of Appeals
# of the State of Georgia

ATLANTA, May 31, 2017

*The Court of Appeals hereby passes the following order*

**A17I0226. PLUM CREEK TIMBERLANDS, LP v. DONALD B. HARRIS et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015CA306



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, May 31, 2017.

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*